**Denied and Opinion Filed November 13, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-01266-CV

## IN RE TATIANA GUNN, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-56400-2020**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court is relator's October 29, 2024 petition for writ of mandamus
in which relator challenges various actions by a trial court in a child-custody
proceeding. Upon review, relator's petition does not meet the requirements of the
Texas Rules of Appellate Procedure for consideration of mandamus relief. *See* TEX.
R. APP. P. 52.1, 52.3(a)–(h), 52.3(j), 52.3(k)(1)(A), 52.7(a).

Accordingly, we deny the petition for writ of mandamus. Additionally, based
on our review, relator's petition and its attached appendix contain unredacted
sensitive data—such as the names of minor children—in violation of the Texas Rules

of Appellate Procedure. *See* TEX. R. APP. P. 9.9. Accordingly, we strike relator's petition and its attached appendix.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

241266F.P05